# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2347
LT Case No. 2023-CA-000254-A
_____

LESBAR ENTERPRISES, INC.,

    Appellant,

    v.

CAREY BAKER, as Property
Appraiser for Lake County,
Florida, DAVID JORDAN, as Tax
Collector for Lake County,
Florida, et al.,

    Appellees.

_____


On appeal from the Circuit Court for Lake County.
Larry Metz, Judge.

Loren M. Vasquez, and Phillip S. Smith, and Daniel J. Kersey, of
Mclin Burnsed, Leesburg, for Appellant.

Thomas J. Wilkes, Jr., and V. Nicholas Dancaescu, and Summer
E. DeGel, of GrayRobinson, P.A., Orlando, for Carey Baker, as
Property Appraiser for Lake County, Florida.

Mark A. Brionez, of Brionez + Brionez, P.A., Tavares, for David
Jordan, Tax Collector for Lake County, Florida.

Randi E. Dincher, of Office of the Attorney General, Tallahassee,
for Jim Zingale, Executive Director of the State of Florida
Department of Revenue.

February 16, 2024


PER CURIAM.

AFFIRMED. *See Orlando Bar Grp., LLC v. DeSantis*, 339 So. 3d 487, 494 (Fla. 5th DCA 2022), *review denied*, No. SC22-881, 2022 WL 6979346 (Fla. Oct. 12, 2022), and *cert. denied*, 143 S. Ct. 980 (2023) ("Appellants correctly argue that plaintiffs typically have the ability to amend their complaint as a matter of right once prior to an answer being filed. *See Boca Burger, Inc. v. Forum*, 912 So. 2d 561, 567 (Fla. 2005). However, Appellants did not move for leave to amend, did not file a proposed amended complaint, and appealed rather than moving for rehearing on the dismissal being with prejudice."); *Vorbeck v. Betancourt*, 107 So. 3d 1142, 1148 (Fla. 3d DCA 2012) ("It is now well settled that the rule of preservation applies to the improper dismissal of a complaint with prejudice.").


EISNAUGLE, HARRIS and SOUD, JJ., concur.

—————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————